1  CENTER FOR DISABILITY ACCESS
   Raymond Ballister Jr., Esq., SBN 111282
2  Russell Handy, Esq., SBN 195058
   Dennis Price, Esq., SBN 279082
3  8033 Linda Vista Road, Suite 200
   San Diego, CA 92111
4  (858) 375-7385; (888) 422-5191 fax
   amandas@potterhandy.com
5  Attorneys for Plaintiff SCOTT JOHNSON

6

7                UNITED STATES DISTRICT COURT
8                NORTHERN DISTRICT OF CALIFORNIA

9  SCOTT JOHNSON,                    )  Case No.: 5:20-CV-04790-EJD
                                     )
10         Plaintiff,                )  **NOTICE OF SETTLEMENT AND
                                     )  REQUEST TO VACATE ALL
11     v.                            )  CURRENTLY SET DATES**
                                     )
12                                   )
   CAPUTO ASSOCIATES, a California   )
13 Limited Partnership; and Does 1-10,)
                                     )
14                                   )
           Defendant.                )
15 _____ )

16     The plaintiff hereby notifies the court that a provisional settlement has been
17 reached in the above-captioned case. The Parties would like to avoid any additional
18 expense while they focus efforts on finalizing the terms of the settlement and reducing it
19 to a writing.
20     The plaintiff, therefore, applies to this Honorable Court to vacate all currently set
21 dates with the expectation that the settlement will be consummated within the coming
22 sixty (60) days, allowing for a Joint Stipulation for Dismissal with prejudice as to all
23 parties to be filed.

24

25                                     CENTER FOR DISABILITY ACCESS
26 Dated: January 27, 2021             By:   /s/Amanda Seabock
                                             Amanda Seabock
27                                           Attorney for Plaintiff
28