CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200,
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

ROBERT OUSHALEM (SBN: 92283)
oushlaw@gmail.com
333 West Santa Clara Street, Suite 930
San Jose, California 95113
Phone: (408) 297-0700
Facsimiles: (408) 297-7788
Attorney for Defendant Caputo Associates

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CAPUTO ASSOCIATES, a California Limited Partnership; and Does 1-10,<br><br>　　　　Defendant. | Case: 5:20-CV-04790-EJD<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs.

1

This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: February 25, 2021        CENTER FOR DISABILITY ACCESS

                                By:   /s/Amanda Seabock
                                      Amanda Seabock
                                      Attorney for Plaintiff


Dated: February 25, 2021

                                By:   /s/Robert Oushalem
                                      Robert Oushalem
                                      Attorney for Defendant Caputo Associates

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Robert Oushalem, counsel for Caputo Associates, and that I have obtained authorization to affix his electronic signature to this document.

Dated: February 25, 2021         CENTER FOR DISABILITY ACCESS

                                           By:   /s/Amanda Seabock
                                                  Amanda Seabock
                                                  Attorney for Plaintiff

3